# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

OCT - 4 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DERRYL WAYNE WATKINS ) | Case No: 4:07CR00007-2 |
| ) | USM No: 13020-084 |
| Date of Previous Judgment: 04/03/2008 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS
Defendant's original term of imprisonment, eighty-four months, represented a substantial departure from the bottom of the Guidelines range applicable at the time of his sentencing (which was 120 months). Applying a comparable departure to the statutory minimum sentence applicable to Defendant (120 months) would not result in a different sentence of imprisonment. Defendant's Motion [No. 71] and Response/Objection to Fair Sentencing Act [No. 74] are DENIED/OVERRULED.

Except as provided above, all provisions of the judgment dated __04/03/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10-3-11

Effective Date: 11/01/2011
*(if different from order date)*

Jackson L. Kiser
*Judge's signature*

Senior United States District Judge
*Printed name and title*