CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 14 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 4:07CR00007-002 |
| DERRYL WAYNE WATKINS | ) | |

ORDER

A Supervised Release Revocation Hearing was held July 13, 2015, for the above named defendant upon request of the United States Probation Office. It is the finding of the Court that the defendant did violate the conditions of his supervised release by committing a Grade C violation. At this time, however, I will not impose a sentence for Defendant's violation, but rather continue Defendant on supervised release under the same terms and conditions as before. **Defendant is ORDERED, however, to participate in the Color Program and report for random drug testing at the discretion of the Probation Office.**

The clerk shall send copies of this order to all counsel of record and the U. S. Probation Office.

Entered: This 14th day of July, 2015.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE